UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON BALDWIN,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, N.A., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-3401-DC-JDP<br><br>ORDER TO SHOW CAUSE |

On December 13, 2024, defendants Fifth Third Bank, N.A. and Fifth Third Bancorp filed motions to dismiss and to strike plaintiff's complaint. ECF Nos. 5 & 7. To date, plaintiff has not responded to either motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendants' motions. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The January 30, 2025 hearing on defendants' motions is continued to March 13, 2025, at 10:00 a.m., in Courtroom No. 9.

2. By no later than February 20, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motions.

3. Plaintiff shall show cause, by no later than February 20, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendants' motion.

4. Defendants may file a reply to plaintiff's opposition, if any, no later than March 6, 2025.

IT IS SO ORDERED.

Dated:   January 23, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2