UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON BALDWIN[1], <br><br>  Plaintiff, <br><br> v. <br><br> FIFTH THIRD BANK, N.A., et al., <br><br>  Defendants. | No. 2:24-cv-03401-DC-JDP (PS) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. Nos. 5, 7, 14, 19, 29, 30) |

Plaintiff Byron Baldwin is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2025, the assigned magistrate judge issued an order and findings and recommendations to address several pending motions in this case. (Doc. No. 30.) The magistrate judge granted Plaintiff's motion for leave to file an amended complaint. (*Id.* at 1–2.) Consequently, the magistrate judge recommends that Plaintiff's request to strike Defendants' filings and request for injunctive relief (Doc. Nos. 14, 19) be denied because those requests were unsupported by legal argument and the likelihood of Plaintiff's success on the merits cannot be evaluated until Plaintiff files his amended complaint. (*Id.* at 1–2.) The magistrate judge further

---

[1] The docket lists Plaintiff's first name as Bryon, but Plaintiff's filings spell his name as Byron. (*See* Doc. No. 1 at 1.) The Clerk of the Court will be directed to update the docket to correct Plaintiff's name accordingly to Byron Baldwin.

1  recommends that Defendants' motion to dismiss and motion to strike portions of Plaintiff's
2  original complaint (Doc. Nos. 5, 7) be denied, without prejudice, as having been rendered moot
3  by the court's order granting Plaintiff leave to file a first amended complaint. (Doc. No. 30 at 3–
4  4.) Lastly, the magistrate judge recommends that Defendants' motion to strike the unauthorized
5  amended complaint that Plaintiff filed on March 28, 2025 (Doc. No. 29) be granted, and that the
6  unauthorized amended complaint (Doc. No. 24) be stricken from the docket.

       The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 30 at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

       Accordingly:

1. The findings and recommendations issued on May 22, 2025 (Doc. No. 30) are ADOPTED in full;
2. Defendants' motion to dismiss and motion to strike (Doc. Nos. 5, 7) are DENIED, without prejudice, as having been rendered moot;
3. Plaintiff's motion to strike and requests for injunctive relief (Doc. Nos. 14, 19) are DENIED;
4. Defendants' motion to strike Plaintiff's unauthorized amended complaint (Doc. No. 29) is GRANTED;
5. Plaintiff's unauthorized amended complaint filed on March 28, 2025 (Doc. No. 24) is hereby STRICKEN;
6. The Clerk of the Court is directed to update the docket to correct the spelling of Plaintiff's name, "Byron Baldwin"; and

/////

/////

7. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**June 17, 2025**__

Dena Coggins
United States District Judge